IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

AUG 3 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PENALOZA INTERNATIONAL GRAPHICS, | § § § | |
| Plaintiff | § | |
| vs. | § § | CIVIL ACTION NO. |
| TRUCKER'S EXPRESS INCORPORATED and RICARDO MARTINEZ | § § § § | B - 02 - 166 |
| Defendants. | § | |

## NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT:

Defendants Trucker's Express, Inc. and Ricardo Martinez give notice of their removal of this action from the 103rd Judicial District Court of Cameron County, Texas, to the United States District Court for the Southern District of Texas, Brownsville Division.

## BASIS FOR REMOVAL

1.     Removal is based on 28 U.S.C. § 1441, in that this is a civil action of which this Court has original jurisdiction under 28 U.S.C. §§ 1331, 1337 and 49 U.S.C. § 14706. In the alternative only, removal is based on 28 U.S.C. § 1441 in that this is a civil action over which the court has original jurisdiction pursuant to 28 U.S.C. § 1332.

## FEDERAL QUESTION JURISDICTION

2.     Plaintiff's claims concern damage to goods allegedly caused by a common carrier operating under a bill of lading. All such claims arise under the Carmack Amendment, 49 U.S.C. § 14706, which statute completely preempts the field of such claims and, of course, all of Plaintiff's claims.   28 U.S.C. § 1337 provides that federal courts have original

jurisdiction of claims arising under the Carmack Amendment, provided that the matter in controversy exceeds $10,000.  Plaintiff's Original Petition variously claims $215,000 and $250,000 in actual damages (plus $25,000 in attorney's fees) and the amount in controversy threshold is therefore satisfied.

## DIVERSITY JURISDICTION

3.      In the alternative, the Court has original jurisdiction over the subject matter of Plaintiff's action against Defendants, because it is an action between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.  28 U.S.C. § 1332(a)(1).

4.      Plaintiff is a corporation with its principal place of business in Texas.  Paragraph 2 of Plaintiff's Original Petition.  Defendant, Trucker's Express, Inc. is and was at the time this action was filed a Delaware corporation with its principal place of business in Montana.

5.      Concededly, Defendant Ricardo Martinez is a citizen of Texas.  The court should nevertheless disregard Martinez' citizenship because he is not properly a party to this action.  Martinez was the driver who handled the subject shipment on behalf of Defendant Trucker's Express, Inc.  The Carmack Amendment which, again, provides the sole avenue of relief to Plaintiff, authorizes recovery only against the "carrier" a term which contemplates Trucker's Express, Inc. but not Martinez.  It is therefore apparent that Plaintiff fraudulently joined Martinez for the purposes of defeating jurisdiction.

6.      As indicated above, Plaintiff's Original Petition prays for damages exceeding $75,000, the threshold amount in controversy for diversity claims.

## TIMELINESS OF REMOVAL

7.     Trucker's Express, Inc. was served with Plaintiff's Original Petition on August 16; Defendant Martinez received the petition after this date.   This Notice of Removal is therefore timely under 28 U.S.C. § 1446(b).

## PAPERS SERVED ON DEFENDANTS

8.     True and correct copies of all process and pleadings in the state court cause are attached hereto.

## VENUE OF REMOVED ACTION

9.     This Court is the United States District Court for the district and division embracing the place where the state court action is pending.  Therefore, it is the appropriate court for removal, pursuant to 28 U.S.C. §§ 1441 and 1446.

Respectfully submitted,

STRASBURGER & PRICE, L.L.P.

By:_____
        Merritt Clements
        State Bar No. 04369500
        Federal ID No. 15871
        Cyrus F. Rea III
        State Bar No. 00797291
        Federal ID No. 28567
300 Convent Street, Suite 900
San Antonio, Texas 78205-3715
Telephone: (210) 250-6000
Telecopier: (210) 250-6100

**ATTORNEYS FOR DEFENDANTS**
TRUCKER'S EXPRESS INCORPORATION AND
RICARDO MARTINEZ

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing *Notice of Removal* was sent by certified mail, return receipt requested, to:

Louis Sorola
Attorney at Law
2355 Barnard Road, Suite A
Brownsville, Texas 78520

on this ___30___ day of August, 2002.

Merritt Clements

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PENALOZA INTERNATIONAL GRAPHICS,<br>　　　　　Plaintiff<br><br>vs.<br><br>TRUCKER'S EXPRESS INCORPORATED and RICARDO MARTINEZ<br>　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>_____<br><br>*B ‒ 02 ‒ 166* |

## LIST OF PARTIES AND ATTORNEYS

**Party**

Penaloza International Graphics

vs.

Trucker's Express, Inc.
and
Ricardo Martinez

**Attorney(s)**

Louis Sorola
State Bar No. 00794990
Attorney at Law
2355 Barnard Road, Suite A
Brownsville, Texas 78520
Telephone: (956) 504-2911
Facsimile:   (956) 544-7766

Merritt Clements
State Bar No. 04369500
Federal ID No. 15871
Cyrus F. Rea II
State Bar No. 00797291
Federal ID No. 28567
Strasburger & Price, L.L.P.
300 Convent Street, Suite 900
San Antonio, Texas 78205
Telephone:   (210) 250-6000
Facsimile:   (210) 250-6100

Dated: August  *30*  , 2002.

Respectfully submitted,

STRASBURGER & PRICE, L.L.P.

By:_____
       Merritt Clements
       State Bar No. 04369500
       Federal ID No. 15871
       Cyrus F. Rea II
       State Bar No. 00797291
       Federal ID No. 28567
300 Convent Street, Suite 900
San Antonio, Texas 78205-3715
Telephone: (210) 250-6000
Telecopier: (210) 250-6100

ATTORNEYS FOR DEFENDANTS
TRUCKER'S EXPRESS, INC. AND
RICARDO MARTINEZ

## CERTIFICATE OF SERVICE

    A true and correct copy of the foregoing *List of Parties and Attorneys* was sent by certified mail, return receipt requested, to:

    Louis Sorola
    Attorney at Law
    2355 Barnard Road, Suite A
    Brownsville, Texas 78520

on this _____ day of August, 2002.

_____
Merritt Clements

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

PENALOZA INTERNATIONAL  §
GRAPHICS,                §
      Plaintiff       §
                         §
vs.                      §        CIVIL ACTION NO.
                         §
TRUCKER'S EXPRESS         §        B - 02 - 166
INCORPORATED and         §
RICARDO MARTINEZ         §
      Defendants.     §

## INDEX OF STATE COURT PLEADINGS

Below please find the index of the pleadings for Cause No. 2002-08-3180-D, styled

*Penaloza International Graphics v. Trucker's Express, Inc. and Ricardo Martinez,* filed in the

103rd Judicial District Court of Cameron County, Texas.

1.    08/12/02        Plaintiff's Original Petition

2.    08/12/02        Citation on Trucker's Express, Inc.

3.    08/12/02        Citation on Ricardo Martinez

4.    08/16/02        Return of Citation on Trucker's Express, Inc.

5.    08/16/02        Return of Citation on Ricardo Martinez

6.    08/29/02        Defendants' Original Answer

7.    08/30/02        Notice of Filing of Notice of Removal

244951.1



NO. ___2002·08·3180·D___

| | | |
|---|---|---|
| PENALOZA INTERNATIONAL GRAPHICS | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| v. | § | b3ʳᵈ      JUDICIAL DISTRICT |
| | § | |
| TRUCKER'S EXPRESS INCORPORATED AND RICARDO MARTINEZ | § | |
| Defendants. | § | OF CAMERON COUNTY, TEXAS |

FILED ___9:30___ O'CLOCK ___A___ M
AURORA DE LA GARZA DIST. CLERK
AUG 1 2 2002
DISTRICT COURT OF CAMERON COUNTY, TEXAS
___DEPUTY

### PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Penaloza International Graphics, hereinafter called Plaintiff, complaining of and about Trucker's Express Incorporated and Ricardo Martinez, hereinafter called Defendants, and for cause of action shows unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1.   Plaintiff intends that discovery be conducted under Discovery Level 2.

### PARTIES AND SERVICE

2.   Plaintiff, Penaloza International Graphics, is a Texas Corporation whose address is RR 2 Box 2245, La Feria, Texas 78559.

3.   Defendant Trucker's Express Incorporated, a nonresident corporation, may be served pursuant to article 2.09 of the Business Corporation Act by serving the registered agent of the corporation, Vice President Ms. Christine Shaffer, at 3501 West Broadway, Missoula, Montana 59808, its registered office. Service of said Defendant as described above can be effected by certified mail,



1

return receipt requested.

4. Defendant Ricardo Martinez, an individual, is a resident of the State of Texas. Said Defendant may be served with process at his home at the following address: 13226 Sturup Drive, Houston, Texas 77039. Service of said Defendant as described above can be effected by certified mail, return receipt requested.

## JURISDICTION AND VENUE

5. The subject matter in controversy is within the jurisdictional limits of this court.

6. This court has jurisdiction over Defendant Trucker's Express Incorporated, because said Defendant purposefully availed itself of the privilege of conducting activities in the state of Texas and established minimum contacts sufficient to confer jurisdiction over said Defendant, and the assumption of jurisdiction over Trucker's Express Incorporated will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process.

7. Plaintiff would show that Defendant Trucker's Express Incorporated had continuous and systematic contacts with the state of Texas sufficient to establish general jurisdiction over said Defendant.

8. Plaintiff would also show that the cause of action arose from or relates to the contacts of Defendant Trucker's Express Incorporated to the state of Texas, thereby conferring specific jurisdiction with respect to said Defendant.

9. Furthermore, Plaintiff would show that Defendant

2

Trucker's Express Incorporated engaged in activities constituting business in the state of Texas as provided by Section 17.042 of the Texas Civil Practice and Remedies Code, in that said Defendant contracted with a Texas resident and performance of the agreement in whole or in part thereof was to occur in Texas, committed a tort in whole or in part in Texas, and recruits or has recruited Texas residents for employment inside or outside this state.

10.    Venue in Cameron County is proper in this cause under Section 15.002(a)(2) of the Texas Civil Practice and Remedies Code because this county was the county of residence of Ricardo Martinez, Defendant herein, at the time the cause of action accrued.    Furthermore, because venue is proper with respect to Defendant Ricardo Martinez, venue for this action with respect to all Defendants is proper under 15.005 of the Texas Civil Practice and Remedies Code.

### FACTS

11.    The plaintiff and the Defendant contracted for the delivery of a MGD-GOSS C-38 COMMERCIAL PRESS 4/UNIT.

12.    On May 30, 2002, Danner Press delivered   defendant, a common carrier doing business in the state of Texas, a MGD-GOSS C-38 COMMERCIAL PRESS 4/UNIT for delivery for delivered to Penaloza International Graphics at 2814 Pine Valley Road, La Feria, Texas. These goods were delivered to the carrier in good condition, as evidenced by the bill of lading attached as Exhibit A and incorporated by reference.

13.    On June 03, 2002, these goods were delivered to Penaloza

3

International Graphics consignee, in damaged conditioned, to wit: The MGD-GOSS C-38 COMMERCIAL PRESS 4/unit was damaged beyond repair upon falling off the trailer on the basis that the product was not adequately fastened, nor the trailer properly parked.  The fair market value of the entire shipment had it arrived undamaged is 215,000.00.

14.  Despite the fact that plaintiff has given notice of a claim to the defendant and demanded payment, and despite the facts that all conditions precedent have been performed or have occurred, no payment has been made by the defendant and the plaintiff has been damaged in the amount of $215,000.00.

15.  As further result of defendant's failure to pay as described above, plaintiff has been required to obtain legal counsel o bring this suit.  Plaintiff is, therefore, entitled to recover the additional sum of $25,000.00 to compensate plaintiff for attorney's fee, which sum is a reasonable charge for the services rendered and to be rendered in the preparation and trial of this suit.  In the event of an appeal to the Texas Supreme Court, plaintiff would be entitled to further reasonable sum of $25,000.00.

**PENALOZA INTERNATIONAL GRAPHIC'S CLAIM FOR BREACH OF DUTY**

16.  Furthermore, the MGD-GOSS C-38 COMMERCIAL PRESS 4/UNIT was damaged because defendant negligently unsecured the tarp and straps which held the product in place.  The defendant failed to properly secure the trailer from moving from its parked location which ultimately caused the trailer to move causing damage to the

4

MGD0GOSS DC038 COMMERCIAL PRESS 4/UNIT.

### PENALOZA INTERNATIONAL GRAPHIC'S CLAIM FOR BREACH OF CONTRACT

17.  The plaintiff and defendant had a valid, enforceable contract.

18.  The plaintiff performed, tendered performance, or was excused from performing its contractual obligation.

19.  The defendant breached the contract; and

20.  The defendant's breach caused the plaintiff injury.

### DAMAGES FOR PLAINTIFF, PENALOZA INTERNATIONAL GRAPHICS

21.  As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, Penaloza International Graphics, was caused to suffer damages from the MGD-GOSS C-38 COMMERCIAL PRESS 4/UNIT, and to incur the following damages:

> A.    Property damages in the amount of $250,000.00; and
>
> B.    Attorney fees in the amount of $25,000.00.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Penaloza International Graphics, respectfully prays that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants, jointly and severally, for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

5

Respectfully submitted,

By:_____
LOUIS SOROLA
Texas Bar No. 00794990
2355 Barnard Road
Suite A
Brownsville, Texas  78520
Tel. (956)504-2911
Fax. (956)544-7766
Attorney for Plaintiff
Penaloza International Graphics

6

**THIS MEMORANDUM** is an acknowl... that a bill of lading has been issued and is not the Original Bill of L... not a copy or a duplicate, covering the property named herein, an... intended solely for filing or record. RECEIVED, subject to the classifications and tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading.

Ricardo Martinez    281-590-1932 casa
832-563-6479 cell

**TE**

**TRUCKERS EXPRESS, INC. P.O. BOX 4267, MISSOULA, MONTANA 59806** CARRIER     PRO No. 278685

FROM Danner Press     Shipper's No. 052901

AT 1411 Navarre rd    Canton Ohio    Date 5-30-01

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract, as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder sha... be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned to Pedro Loza Int

Street 2814 Pine Valley rd    City La feria    State tex    County

Route

Delivering Carrier T-I    Unit No. 12902

| No. Packages | H.M | Description and Classification (proper Shipping Name and Class per 49 CFR 172 101) | *Weight (Sub. to Cor.) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| | | Collect on Delivery          and remit to | Street | City | State |
| 1 | | Press Unit | 37,000 | | |

COD. charge to be paid by { Shipper ☐ Consignee ☐

Subject to Section 7 of conditions, this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

If charges are to be prepaid, write or stamp here. "To be Prepaid."

PLACARDS TENDERED YES ☐ NO ☑

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED    Penalosa

Carrier's liability for any losses limited to the sum of $2.50 per pound to a maximum of $500,000.00 per shipment, unless valuation is declared and insurance is paid for same for each shipment. Shipper Initial

Received $
in prepayment of the charges on the property described hereon.

Agent or Cashier

Per

TARP ☑

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

per

NO TARP ☐

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

*This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

*The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 5 of the Consolidated Motor Freight Classification.

*Shipper's imprint in lieu of stamp, not a part of bill of lading approved by the Interstate Commerce Commission.

Per (The Signature here acknowledges only the amount prepaid.)

Charges Advanced

$

_____ , Shipper    **3**    Truckers Express, Inc.
Per    Richard Wyatt

(The Bill of Lading is to be signed by the shipper and agent of the carrier issuing the same.)

r X _____
...an't post-office address of shipper

CONSIGNEE COPY

Patricia Martinez
13226 Sturup Dr.
Houston
77039

**Exhibit A**

Citation for Personal Service – NON-RESIDENT NOTICE    Lit. Seq. # 5.002.01

No. 2002-08-003180-D

THE  STATE  OF  TEXAS    COPY

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: TRUCKER'S EXPRESS INCORPORATED
SERVING ITS REGISTERED AGENT:
MS. CHRISTINE SHAFFER
3501 WEST BROADWAY
MISSOULA, MONTANA 59808

The _____ DEFENDANT _____, GREETING:

You are commanded to appear by filing a written answer to the
PLAINTIFF'S ORIGINAL PETITION

t or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 ays after the date of service of this citation before the Honorable District ourt 103rd Judicial District of Cameron County, Texas at the Courthouse of said ounty in Brownsville, Texas. Said _____ PETITION _____ was filed on ____ JUNE 12, 2002 ____. A copy of same accompanies this citation.

he file number of said suit being No. 2002-08-003180-D.

he style of the case is:

PENALOZA INTERNATIONAL GRAPHICS
VS.
TRUCKER'S EXPRESS INCORPORATED & RICARDO MARTINEZ

aid petition was filed in said court by _____ HON. LOUIS SOROLA
attorney for _____ PLAINTIFF _____), whose address is
355 BARNARD, SUITE A BROWNSVILLE, TEXAS    78520

The nature of the demand is fully shown by a true and correct copy of the titition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to quirements of law, and the mandates thereof, and make due return as the law rects.

Issued and given under my hand and seal of said Court at Brownsville, xas, this the 12th day of ____ AUGUST ____, A.D. 2002.

AURORA DE LA GARZA    DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78520

By: _____ Deputy

THE    STATE    OF    TEXAS

COPY

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: RICARDO MARTINEZ
    13226 STURUP DRIVE
    HOUSTON, TX 77039

The ____ DEFENDANT ____, GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 103rd Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said ____ PETITION ____ was filed on AUGUST 12, 2002 . A copy of same accompanies this citation.

The file number of said suit being No. 2002-08-003180-D.

The style of the case is:

PENALOZA INTERNATIONAL GRAPHICS
VS.
TRUCKER'S EXPRESS INCORPORATED & RICARDO MARTINEZ

Said petition was filed in said court by ____ HON. LOUIS SOROLA
Attorney for ____ PLAINTIFF ____), whose address is
355 BARNARD, SUITE A BROWNSVILLE, TEXAS  78520

The nature of the demand is fully shown by a true and correct copy of the petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 12th day of AUGUST  A.D. 2002.

AURORA DE LA GARZA , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 7____

By____ Deputy

R E T U R N   O F   O F F I C E R

Came to hand the _12th_ day of _August_, 2002, at _4:35_ o'clock _P_.M., and executed (not executed) on the _16th_ day of _August_, 2002, by delivering to _Ms. Christine Shaffer_ via CMRRR in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the _Plaintiffs Original Petition_ .

Cause of failure to execute this citation is: _____
_____ .

FEES serving 1 copy

Total....... $ _____        CN. Lt. accost.
                                      Sheriff/constable _Cameron_ County,

Fees paid by: _Plaintiff_             By _C. Garcia_          Deputy

CMRRR 7002 0460 0000 6427 1458

R E    U R N    O F    O F F I C I

Came to hand the 12th day of August, 2002, at 4:35 o'clock P.M., and

executed (not executed) on the 16th day of August, 2002, by delivering to

Ricardo Martinez                via CMRRR in person a true copy of this Citation,

upon which I endorsed the date of delivery, together with the accompanying copy

of the Plaintiffs Original Petition

Cause of failure to execute this citation is: _____

_____

FEES serving 1 copy          Civil Processor

Total........ $                Sheriff/constable    Cameron  County,

Fees paid by: Plaintiff        By  C Garcia              Deputy

CMRRR   7002  0460  0000  6427  1465

RECEIVED
AUG 2 3 2002

Cause No. 2002-08-3180-D

| | | |
|---|---|---|
| PENALOZA INTERNATIONAL, GRAPHICS, | § § § | IN THE DISTRICT COURT |
| Plaintiff | § § | |
| VS. | § § | 103rd JUDICIAL DISTRICT |
| TRUCKER'S EXPRESS INCORPORATED and RICARDO MARTINEZ | § § § § | |
| Defendants. | § | CAMERON COUNTY, TEXAS |

## ORIGINAL ANSWER OF DEFENDANTS
## TRUCKER'S EXPRESS, INC. AND RICARDO MARTINEZ

COME NOW TRUCKER'S EXPRESS, INC. and RICARDO MARTINEZ, Defendants in the above-entitled and numbered cause, and files this their Original Answer, and in support thereof respectfully shows the Court the following:

### I.

### GENERAL DENIAL

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendants generally deny each of the material allegations contained in Plaintiff's Original Petition and demands strict proof thereof by preponderance of the good and credible evidence and in accordance with the Constitution and the laws of the State of Texas.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that Plaintiff take nothing by reason of its suit, that Defendants be awarded their costs, and for such other and further relief, both general and special, whether at law or in equity, to which Defendants may be entitled, and as this Court may deem just.

Respectfully submitted,

STRASBURGER & PRICE, L.L.P.
300 Convent, Suite 900
San Antonio, Texas 78205
Telephone:  (210) 250-6000
Facsimile:  (210) 250-6100


By:_____
       Merritt Clements
       State Bar No. 04369500

ATTORNEYS FOR DEFENDANTS
TRUCKER'S EXPRESS, INC. and
RICARDO MARTINEZ

## CERTIFICATE OF SERVICE

     I do hereby certify that a true and correct copy of the above and foregoing *Original Answer of Defendants Trucker's Express, Inc. and Ricardo Martinez* was sent by certified mail, return receipt requested, to:

     Louis Sorola
     Attorney at Law
     2355 Barnard Road, Suite A
     Brownsville, Texas 78520

on this ___ 28 day of August, 2002.


_____
       Merritt M. Clements

NO. 2002-08-3180-D

| | | |
|---|---|---|
| PENALOZA INTERNATIONAL GRAPHICS, | § § § | IN THE DISTRICT COURT |
| Plaintiff | § | |
| | § | |
| VS. | § | 103rd JUDICIAL DISTRICT |
| | § | |
| TRUCKER'S EXPRESS INCORPORATED and RICARDO MARTINEZ | § § § | |
| Defendants. | § § | CAMERON COUNTY, TEXAS |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants Trucker's Express, Inc. and Ricardo Martinez, by and through their attorneys, hereby notify the Court and all parties in interest that on the 30th day of August, 2002, Defendants filed their Notice of Removal of this case with the United States District Court, Southern District of Texas, Brownsville Division, pursuant to 28 U.S.C. §§ 1441 and 1446. A copy of the Notice of Removal is attached hereto as Exhibit "A" and incorporated herein by reference. Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further unless and until the case is remanded.

Respectfully submitted this _30_ day of August, 2002

Respectfully submitted,

STRASBURGER & PRICE, L.L.P.
300 Convent Street, Suite 900
San Antonio, Texas 78205-3715
Telephone: (210) 250-6000
Telecopier: (210) 250-6100

By: _____
Merritt M. Clements
State Bar No. 04369500
Cyrus F. Rea II
State Bar No. 00797291

ATTORNEYS FOR DEFENDANTS
TRUCKER'S EXPRESS, INC. AND
RICARDO MARTINEZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Filing of Notice of Removal* was sent by certified mail, return receipt requested, to:

Louis Sorola
Attorney at Law
2355 Barnard Road, Suite A
Brownsville, Texas 78520

on this ___30___ day of August, 2002.

_____
Merritt Clements

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 3 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PENALOZA INTERNATIONAL GRAPHICS, | § § § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | |
| TRUCKER'S EXPRESS INCORPORATED and RICARDO MARTINEZ | § § § | B - 02 - 166 |
| Defendants. | § | |

## SUPPLEMENT TO JS 44 CIVIL COVER SHEET, TO BE USED WHEN FILING A REMOVAL

THIS FORM MUST BE FILED WITH THE UNITED STATES DISTRICT CLERK'S OFFICE ON THE FIRST BUSINESS DAY FOLLOWING THE FILING OF THE NOTICE OF REMOVAL

Additional Sheets May Be Used as Necessary

This Form Must Be Signed by Attorney of Record for Removing Party.

Was Jury Demand Made in State Court?  __ Yes    x  No

If "Yes," by which party, and on what date?

Party                                    Date

## STYLE OF ORIGINAL PETITION

RE:  Cause No. 2002-08-3180-D; *Penaloza International Graphics v. Trucker's Express, Inc. and Ricardo Martinez*; In the 103rd Judicial District Court of Cameron County, Texas

(Please include **all** Plaintiffs, Defendants, and Intervenors still remaining in the case. Also, please list the attorney(s) of record of each party named, and include the attorney's firm name, mailing address, and phone number (including area code).

SUPPLEMENT TO JS 44 CIVIL COVER SHEET, TO BE USED WHEN FILING A REMOVAL - PAGE 1
244955.1/SPSA/83812/0102/08292002

| Party | Attorney(s) |
|---|---|
| Penaloza International Graphics | Louis Sorola<br>State Bar No. 00794990<br>Attorney at Law<br>2355 Barnard Road, Suite A<br>Brownsville, Texas 78520<br>Telephone: (956) 504-2911<br>Facsimile:  (956) 544-7766 |
| vs. | |
| Trucker's Express, Inc.<br>and<br>Ricardo Martinez | Merritt Clements<br>State Bar No. 04369500<br>Federal ID No. 15871<br>Cyrus F. Rea II<br>State Bar No. 00797291<br>Federal ID No. 28567<br>Strasburger & Price, L.L.P.<br>300 Convent Street, Suite 900<br>San Antonio, Texas 78205<br>Telephone:   (210) 250-6000<br>Facsimile:   (210) 250-6100 |

## COUNTERCLAIMS, CROSSCLAIMS AND/OR THIRD PARTY CLAIMS

(Please list separately each counterclaim, crossclaim, or third-party claim still remaining in the case, and designate the nature of each such claim.  For each counterclaim, crossclaim, or third-party claim, please include **all** Plaintiffs, Defendants, and Intervenors still remaining in the case.  Also, list the attorney(s) of record for each party named, and include the attorney's firm name, mailing address, and phone number (including area code).)

**Party**                                    **Attorney(s)**

None.

Dated: August __30__, 2002.

Respectfully submitted,

STRASBURGER & PRICE, L.L.P.

By:_____

Merritt Clements
State Bar No. 04369500
Federal ID No. 15871
Cyrus F. Rea II
State Bar No. 00797291
Federal ID No. 28567
300 Convent Street, Suite 900
San Antonio, Texas 78205-3715
Telephone: (210) 250-6000
Telecopier: (210) 250-6100

ATTORNEYS FOR DEFENDANTS
TRUCKER'S EXPRESS, INC. AND
RICARDO MARTINEZ

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing *Supplement to JS 44 Civil Cover Sheet, To Be Used When Filing A Removal* was sent by certified mail, return receipt requested, to:

Louis Sorola
Attorney at Law
2355 Barnard Road, Suite A
Brownsville, Texas 78520

on this _____ 30 day of August, 2002.

_____
Merritt Clements