IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PENALOZA INTERNATIONAL GRAHPICS, <br> Plaintiff <br><br> vs. <br><br> TRUCKER'S EXPRESS INCORPORATED and RICARDO MARTINEZ, <br> Defendants. | § § § § § § § § § § | CA-B-02-166 |

## DISCLOSURE OF FINANCIALLY INTERESTED ENTITIES, FILED BY DEFENDANTS, TRUCKER'S EXPRESS, INC. AND RICARDO MARTINEZ

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Paragraph 2 of the Order of Conference, Defendants, Trucker's Express, Inc. and Ricardo Martinez, state that, other than the named parties, they are aware of only the following entities with a financial interest in this litigation:

Westchester Specialty Insurance
500 Colonia Central Parkway, No. 200
Roswell, Georgia 30077

(Insurance carrier providing coverage for the Defendants)

Respectfully submitted,

STRASBURGER & PRICE, L.L.P.
300 Convent Street, Suite 900
San Antonio, Texas 78205-3715
Telephone: (210) 250-6000
Facsimile: (210) 250-6100

By: _____
MERRITT CLEMENTS
State Bar No. 04369500
Federal ID No. 15871
CYRUS F. REA, II
State Bar No. 00797291
Federal ID No. 28567

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was sent by certified mail, return receipt requested, to:

Mr. Louis Sorola
Sorola & Garcia, P.L.L.C.
2355 Barnard Road, Suite A
Brownsville, Texas 78520

on this 22 day of November, 2002.

_____
Merritt Clements
Cyrus F. Rea, II