IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **PENALOZA INTERNATIONAL GRAPHICS,** § | |
| Plaintiff § | |
| § | |
| vs. § | CA-B-02-166 |
| § | |
| **TRUCKER'S EXPRESS INCORPORATED and RICARDO MARTINEZ,** § | |
| Defendants. § | |

## JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER
## RULE 26(f) OF THE FEDERAL RULES OF CIVIL PROCEDURE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the Plaintiff, Penaloza International Graphics, and the Defendants, Trucker's Express, Inc. and Ricardo Martinez, and jointly file their Joint Discovery/Case Management Plan Under Rule 26(f) of the Federal Rules of Civil Procedure and show the Court the following:

1. **State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.**

    RESPONSE: Telephonic meetings and correspondence via facsimile conducted on or about the 25th day of November, 2002, between the following:

    Louis S. Sorola, Attorney-in-Charge for the Plaintiff; and

Merritt Clements, Attorney-in-Charge for the Defendants.

2. **List the cases related to this one that are pending in any state or federal court with the case number and court.**

    RESPONSE: To date, there are no cases related to this one that are pending in any state or federal court.

3. **Specify the allegation of federal jurisdiction.**

    RESPONSE: The Court has jurisdiction over the lawsuit pursuant to the Carmack Amendment, 49 U.S.C. § 14706 and 28 U.S.C. § 1337.

4. **Name the parties who disagree and the reasons.**

    RESPONSE: None.

5. **List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.**

    RESPONSE: At this time, no additional parties will be added.

6. **List anticipated interventions.**

    RESPONSE: No interventions are anticipated.

7. **Describe class-action issues.**

    RESPONSE: There are no class-action issues.

8. **State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.**

    RESPONSE: Plaintiff made his initial disclosures on November 14, 2002. Defendants are currently in the process of preparing their responses to said

disclosures and will have same completed by December 7, 2002.

9. Describe the proposed agreed discovery plan, including:

   A. **Responses to all the matters raised in Rule 26(f).**

   RESPONSE: The parties will conduct discovery on both liability and damages issues. Defendant has served Plaintiff with requests for production and interrogatories, and Plaintiff has made initial responses. Written discovery will likely be exchanged within 40 days of the date of this Joint Discovery/Case Management Plan.

   B. **When and to whom the plaintiff anticipates it may send interrogatories.**

   RESPONSE: Plaintiff sent interrogatories and requests for production to Defendants on November 14, 2002.

   C. **When and to whom the defendant anticipates it may send interrogatories.**

   RESPONSE: Defendant sent interrogatories and requests for production to Plaintiff on September 12, 2002.

   D. **Of whom and by when the plaintiff anticipates taking oral depositions.**

   RESPONSE: Plaintiff anticipates taking the oral deposition of Defendant Ricardo Martinez before January 31, 2003.

   E. **Of whom and by when the defendant anticipates taking oral depositions.**

   RESPONSE: Defendants anticipate taking the oral deposition of the principals of the Plaintiffs before January 31, 2003.

F.  **When the plaintiff (or the party with the burden of proof on issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.**

RESPONSE:  Plaintiff will be able to designate experts within 90 days of the date of this Joint Discovery/Case Management Plan and provide the expert reports within 120 days of the date of this Joint Discovery/Case Management Plan.

Defendants will be able to designate experts within 150 days of the date of this Joint Discovery/Case Management Plan and provide the expert reports within 180 days of the date of this Joint Discovery/Case Management Plan.

G.  **List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 126(a)(2)(B) (expert report).**

RESPONSE:  None.

H.  **List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).**

RESPONSE:  None.

10. **If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals for each party.**

RESPONSE:  The parties are agreed on all parts of the discovery plan.

11. **Specify the discovery beyond initial disclosures that has been undertaken to date.**

    RESPONSE: Interrogatories and requests for production.

12. **State the date the planned discovery can reasonably be completed.**

    RESPONSE: February 28, 2003.

13. **Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.**

    RESPONSE: The parties have agreed to mediation but cannot agree on a time frame for the mediation.

14. **Describe what each party has done or agreed to do to bring about a prompt resolution.**

    RESPONSE: Plaintiff and Defendants have discussed settlement.

15. **From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.**

    RESPONSE: The parties have agreed to mediation but cannot agree on a time frame for the mediation.

16. **Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.**

    RESPONSE: All parties agree to have the case heard before the magistrate judge.

17. **State whether a jury demand has been made and if it was made on time.**

    RESPONSE: A jury demand was made timely.

18. **Specify the number of hours it will take to present the evidence in this case.**

    RESPONSE: Plaintiff anticipates it will take 2 hours to present the evidence in their case in chief;

    Defendants anticipate it will take 2 hours to present the evidence in their case in chief.

19. **List pending motions that could be ruled on at the initial pretrial and scheduling conference.**

    RESPONSE: None.

20. **List other motions pending.**

    RESPONSE: None.

21. **Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.**

    RESPONSE: There are no other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

22. **List the names, bar numbers, addresses and telephone numbers of all counsel.**

RESPONSE:   Louis S. Sorola
Sorola & Garcia, P.L.L.C.
Texas Bar No. 00794990
Federal I.D. No. 19533
2355 Barnard, Suite A
Brownsville, Texas 78520
Telephone: (956) 504-2911
Facsimile: (956) 544-7766
ATTORNEY-IN-CHARGE FOR PLAINTIFF

Merritt Clements
Strasburger & Price, L.L.P.
Texas Bar No. 04369500
Federal I.D. No. 15871
Attorney-In-Charge
Cyrus F. Rea II
Texas Bar No. 00797291
Federal I.D. No. 28567
300 Convent St., Suite 900
San Antonio, Texas 78205-3715
Telephone: (210) 250-6000
Facsimile: (210) 250-6100
ATTORNEYS FOR DEFENDANTS

COUNSEL FOR PLAINTIFF
Date: 11-26-02

COUNSEL FOR DEFENDANTS
Date: 11-27-02