IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PENALOZA INTERNATIONAL GRAPHICS,<br>　　　　　Plaintiff | §<br>§<br>§<br>§ | |
| vs. | §<br>§ | CA-B-02-166 |
| TRUCKER'S EXPRESS INCORPORATED and RICARDO MARTINEZ,<br>　　　　　Defendants. | §<br>§<br>§<br>§<br>§ | |

## DEFENDANTS', TRUCKER'S EXPRESS, INC. AND RICARDO MARTINEZ. INITIAL DISCLOSURES TO PLAINTIFF

TO:　Plaintiff, Penaloza International Graphics,
　　　By and through its attorney of record:
　　　Louis Sorola
　　　Sorola & Garcia, P.L.L.C.
　　　2355 Barnard Road, Suite A
　　　Brownsville, Texas 78520

Defendants, Trucker's Express, Inc. and Ricardo Martinez, make these Initial

Disclosures as required by Federal Rule of Civil Procedure 26(a)(1).

### A.　Individuals with Discoverable Information

The following are individuals who are likely to have discoverable information relevant

to disputed facts alleged with particularity in the pleadings:

　　　Roy Penaloza, Sr.
　　　Route 2, Box 2245
　　　East Business 83
　　　La Feria, Texas 78559
　　　(956) 797-4300
　　　　　　He is one of the owners of the Plaintiff company and has knowledge of the
　　　　　　cause of the damage to printing press.

---

Roy Penaloza, Jr.
Route 2, Box 2245
East Business 83
La Feria, Texas 78559
(956) 797-4300
> He is one of the owners of the Plaintiff company and has knowledge of the
> cause of the damage to printing press.

Elvia Penaloza
Route 2, Box 2245
East Business 83
La Feria, Texas 78559
(956) 797-4300
> She is one of the owners of the Plaintiff company and has knowledge of the
> cause of the damage to printing press.

Christine Shaffer
3501 W. Broadway
Missoula, Montana 59808
(406) 721-6002
> She is the Vice President of the Defendant company and has knowledge of
> the cause of the damage to printing press.

Manuel Perez
Red Barn Tire Service, Inc.
(956) 831-8311
> He is an expert who examined the trailer at issue in this lawsuit and has
> knowledge of the cause of the damage to printing press.

Ricardo Martinez
13226 Sturup Dr.
Houston, Texas 77039
(281) 590-1932
> He is a driver of the Defendant company who delivered the printing press to
> the Plaintiff and has knowledge of the cause of the damage to printing press.

Corporate Claims Management, Inc.
782 Spirit 40 Park
Chesterfield, Missouri 63005
(636) 519-0330
> This entity is the third-party administrator handling liability claims on behalf
> of Trucker's Express, Inc. and its driver.

Utility Trailer Sales Southeast Texas, Inc.
P.O. Box 21402
Houston, Texas 77226
(956) 781-0795

> Utility Trailer Sales Southeast Texas, Inc. checked the brakes and the dolly legs shortly after the incident.

## B.  Relevant Documents and Tangible Things

Copies of all documents, data compilations, and tangible things in Defendants, Trucker's Express, Inc. and Ricardo Martinez' possession, custody, or control that Defendants believe are relevant to disputed facts alleged with particularity in the pleadings are attached as follows:

Exhibit 1:    Invoice from Utility Trailer Sales Southeast Texas, Inc.

Exhibit 2:    Bill of Lading

Exhibit 3:    Standard Form for Presentation of Loss and Damage Claim

Exhibit 4:    28 photographs of the damaged printing press and the site

Exhibit 5:    Cargo Report

Exhibit 6:    Uniform Straight Bill of Lading

(Defendants have omitted documents already disclosed by Plaintiff in its Initial Disclosures to Defendants.)

## C.  Information Related to Calculation of Damages

Defendants are not seeking damages from Plaintiff.

## D.  Insurance

Westchester Specialty Insurance Company, previously disclosed in Defendants' Disclosure of Financially Interested Entities, is providing coverage for the Defendants. A copy of the insurance agreement is attached as Exhibit 7.

Respectfully submitted,

STRASBURGER & PRICE, L.L.P.
300 Convent Street, Suite 900
San Antonio, Texas 78205-3715
Telephone:  (210) 250-6000
Facsimile:  (210) 250-6100

By: _____
       MERRITT CLEMENTS
       State Bar No. 04369500
       Federal ID No. 15871
       CYRUS F. REA, II
       State Bar No. 00797291
       Federal ID No. 28567

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was sent by certified mail, return receipt requested, to:

Mr. Louis Sorola
Sorola & Garcia, P.L.L.C.
2355 Barnard Road, Suite A
Brownsville, Texas 78520

on this _____ day of December, 2002.

_____
Cyrus F. Rea, II

Vendor#
15594

CUSTOMER #
802740

B 17491

*INVOICE*

# UTILITY TRAILER SALES
# SOUTHEAST TEXAS, INC.

**TERMS: NET 10 DAYS**

TRUCKERS EXPRESS INC.
P.O. BOX 4267
MISSOULA , MT 59806
HOME:              BUS:

PAGE 1

PLEASE REMIT TO: UTILITY TRAILER SALES
P.O. BOX 21402
HOUSTON, TEXAS 77226

SERVICE ADVISOR:   1109 ESMERALDA RODRIGUEZ

| UNIT # | YEAR | MAKE/MODEL | VIN | LICENSE | IN/OUT | |
|--------|------|------------|-----|---------|--------|--|
| 12903 | 91 | AZTEC TAUTLINER | 1A9BM4A16MM100179 | | 1/1 | |

| | | | PO NO. | RATE | PAYMENT | |
|--|--|--|--------|------|---------|--|
| 19JUN2002 | | | | 49.50 | CASH | 19JUN2002 |

| R.O. OPENED | INV. DATE | OPTIONS: |
|-------------|-----------|----------|
| 19JUN02 | 19JUN02 | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|--|------|-----|-------|
| A CHECK BRAKES AND DOLLY LEGS. | | | | | | | | |
| 4 TRAILER REPAIR | | | | | | | 50.00 | 50.00 |
| 552 | CSR | 1.00 | | | | | | |

CHECKED BRAKE ADJUSTEMENT AND FOUND FRONT AXLE ADJUSTMENT WAS GOOD.
RIGHT REAR WAS GOOD. LEFT RFAR NEEDED TO ADJUSTED. CHECKED PARKING
BRAKES. ALL FOUR WHEEL HOLDING. CHECKED DOLLY LEGS AND FOUND SAN SHOES
HAD BEEN DAMAGED ON FRONT SIDES.
***************************************************

attn
Cristine

Fed Id# 74-1664009

| | | | |
|--|--|--|--|
| 4901 BLAFFER | 104 W. UTILITY DR. | 3535 F.M. 1516 N.@ I-10 EAST | |
| P.O. BOX 21402 | PHARR, TEXAS 78577 | RT. 1. BOX 115 | |
| HOUSTON, TEXAS 77226 | (956) 781-9201 | CONVERSE, TEXAS 78109 | |
| PHONE (713) 674-8000 | FAX (956) 781-3437 | (210) 662-8199 | |
| FAX (713) 674-4186 | | FAX (210) 662-8824 | |

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 50.00 |
| PARTS AMOUNT | 0.00 |
| GAS. OIL. LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 50.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 50.00 |

2

**THIS MEMORANDUM** is an acknowledgement that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or a duplicate, covering the property named herein, and is intended solely for filing or record. RECEIVED, subject to the classifications and tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading.

*Ricardo Martinez    281-590-1932 casa*
*832-563-6479 cell*

**T E 1**

**TRUCKERS EXPRESS, INC. P.O. BOX 4267, MISSOULA, MONTANA 59806** CARRIER   PRO No: *778689*

FROM *Banner Press*     Shipper's No. *052901*

AT *1411 Navarre rd   Canton Ohio*    Date *5-30-01*

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned to *Petra Loza Int*

Street *2814 Pine Valley rd*   City *Laferia*   State *Tex*   County

Route

Delivering Carrier *T F 1*     Unit No. *42902*

| No. Packages | H.M. | Description and Classification (proper Shipping Name and Class per 49-CFR 172.101) | Street | City | State | Weight (Subj. to Corr.) | Class or Rate | Check Column |
|---|---|---|---|---|---|---|---|---|
| 1 | | *Press Unit* | | | | *37,000* | | |

Collect on Delivery and remit to:    C.O.D. charge to be paid by { Shipper ☐ Consignee ☐

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here "To be Prepaid."

PLACARDS TENDERED-YES ☐   NO ☐

Received $_____
to apply in prepayment of the charges on the property described hereon.

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED

BY

Carrier's liability for any losses limited to the sum of $2.50 per pound to a maximum of $500,000.00 per shipment, unless valuation is declared and insurance is paid for same for each shipment. Shipper Initial

Agent or Cashier

Per _____
(The Signature here acknowledges only the amount prepaid.)

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
per _____

TARP ☐

NO TARP ☐

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

*This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

Charges Advanced $_____

*The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 5 of the Consolidated Motor Freight Classification.
*Shipper's imprint in lieu of stamp; not a part of bill of lading, approved by the Interstate Commerce Commission.

_____ Shipper

Truckers Express, Inc.
Per *Richard M_____*
(The Bill of Lading is to be signed by the shipper and agent of the carrier issuing the same.)

**3**

Per X _____
Permanent post-office address of shipper

STANDARD FORM FOR PRESENTATION OF LOSS AND DAMAGE FORM

To: **TRUCKERS EXPRESS, INC**                    **JUNE 21, 2002**
(Name of Carrier)                                          (Date)

**P.O. BOX 4267**                    **CLAIM # TO2CO27**
(Street Address)                         (Claimants File Reference)

**MISSOULA, MONTANA**                    **278689**
(City, State)                              (Carriers Freight Bill Number)

This claim for $ **25,000.00** is made against your company for [ ] Loss [✓] Damage in connection with the following described shipment.

**PENALOZA INT. GRAPHICS**          **PENALOZA INT. GRAPHICS**
(Shippers Name)                            (Consignees Name)

**CANTON, OHIO**                    **LA FERIA, TX**
(Point Shipped From)                     (Final Destination)

**TRUCKERS EXPRESS, INC**          **TRUCKERS EXPRESS, INC.**
(Name of Carrier Issuing Bill of Lading)   (Name of Delivering Carrier)

**MAY-30-2002**                    **JUNE 1, 2002**
(Date of Bill of Lading)                   (Date of Delivery)

                                   **278689**

(Routing of Shipment)                    (Delivering Carrier's Freight Bill No.)

DETAILED STATEMENT SHOWING HOW AMOUNT CLAIMED IS DETERMINED

(Number and description of articles, nature and extent of loss or damage, invoice price of articles, amount of claim, etc.) (ALL DISCOUNT AND ALLOWANCES MUST BE SHOWN)

**ONE (1) GOSS COMMERCIAL C38 PRINTING UNIT.**
**NOT REPAIRABLE (TOTALED).**
**PRICE AS QUOTED $25,000.00**
Total Amount Claimed

The following documents are submitted in support of this claim:
[✓] Original Bill of Lading                         [ ] Consignee concealed loss or damage form
[✓] Original paid freight bill and other carrier document bearing   [ ] Original invoice or certified copy
notation of loss or damage if not shown on freight bill   [✗] Shippers concealed loss or damage form
✱ [ ] Carrier's Inspection Report Form (Concealed loss or damage)   [✓] Other particulars obtainable in proof of
                                                         loss or damage claimed:

(Note:   The absence of any document called for in connection with this claim must be explained. When impossible for claimant to produce original bill of lading or paid freight bill, a bond of indemnity must be given to protect carrier against duplicate claim supported by original documents.)

Remarks: ✱ **AS PER CHRISTINE SCHAFFER VICE PRESIDENT OF TRUCKERS EXPRESS, INC "ONLY INTERNAL COMPANY REPORT IS AVAILABLE, AND WE DO NOT GIVE THAT OUT."**

The foregoing statement of facts is hereby certified as correct. **PENALOZA INT. GRAPHICS**
                                                    (Claimants Name)

**RR2, BOX 2245    LA FERIA    TEXAS    78559**
(Address)              (City)              (St.)        (Zip)

4

























































5

# CARGO REPORT

Code **40** Subcode **24**    Preventable Yes_____ No_____    Reserve $_____
Date of Hire _____    Dispatcher _____    Terminal _INDIANA_
Claimant _Penaloza Int'l Graphics_    Fleet Manager _____

ACCIDENT CLAIM # **02C 027**    DATE REPORTED: **10-3-02**    D.O.L.: **6-3-02**

REPORTED BY: **Driver**    REPORTED TO: **C.S Laffen**

PRO #: **2786089**    INVOICE #: _____    S.S.N. **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**

DRIVER NAME: **Richard Martinez**    RATING: _____    DRIVER UNIT # **12902**

PERMITTED LOAD: Yes____ No____    ON ROUTE: Yes____ No____    WEATHER: _____

WEIGHT: _____    WIDTH: _____    LENGTH: _____    HEIGHT: _____

TARP REQUIRED: Yes____ No____    STRAPS: Yes____ No____    CHAINS: Yes____ No____
how many? _____    how many? _____

TRAILER TYPE: _____    TRAILER # _____    PHOTOS TAKEN: Y / N

LOCATION OF CLAIM: _____

COMMODITY: _____    EXTENT OF DAMAGE: _____

SHIPPER NAME & ADDRESS: _Danner Press (Broker-Southeastern_
_Canton, Ohio._    _Logistics- Jamie_
704-305-0105

SHIPPER CITY: _____    SHIPPER STATE: _____    ZIP CODE: _____

SHIPPER PHONE# **330-464-5696**    CONTACT NAME: _____

CONSIGNEE NAME & ADDRESS: _Penaloza Int'l Graphics_
_Business 83, 13mi. W/of White Ranch Rd,_

CONSIGNEE CITY: _La Feria_    CONSIGNEE STATE: _TX_    ZIP CODE: _____

CONSIGNEE PHONE# **956-797-4300**    CONTACT NAME: _Roy Penaloza_

DESCRIPTION OF EVENTS: _trailer/ load parked at consignee_
_Roy Tena_    _facility 6/1 — driver took tarps &_
_#12903_    _chains off load & left- to be back on_
_Tuesday's. Per Roy P., sometime_
_between 5:00 P.m 6/2 & 8:00 Am 6/3_
_Printer_    _trailer "rolled" and part of press fell_
_over & partially off trailer._
_- Customer._

# UNIFORM STRAIGHT BILL OF LADING—Original—Not Negotiable

Received, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

**T E**

**TRUCKERS EXPRESS, INC. P.O. BOX 4267, MISSOULA, MONTANA 59806** CARRIER    PRO No. 278 128

FROM Danner Press    Shipper's No. 0529.01

AT 1411 Navarre rd Canton Ohio    Date 5-30-01

The property described below, apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being under & od through contract as meaning any pers or corporation in possession of the property under this contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrie o the route destination. It is mutually agree as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder is subject to all the conditions no rohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned to Peina Loza Int

Street 2814 Pine Valley rd    City Laferia    State Tex    County

Route

Delivering Carrier T-E-I    Unit No. 12902

| Collect on Delivery | | | | | | | C.O.D. charge to be paid by | Shipp Consigne |
|---|---|---|---|---|---|---|---|---|
| at remit to: | | | | | | | | |
| No. Packages | HM | Description and Classification (proper Shipping Name and Class per 49 CFR 172 101) | *Weight (Sub. to Corr.) | Class or Rate | Check Column | | Subject to Section 7 of conditio this shipment is to be delivered to consignee without re course on consignor, the consignor shall sig following statement: | |
| 1 | | Press Unit | 37,000 | | | | The carrier shall not make delive this shipment without paymen freght and all other lawful charge | |
| | | | | | | | (Signature of Co is ignor) | |
| | | PLACARDS TENDERED YES ☐ NO ☒ | | | | | If charges are to be pre paid, write stamp here. "To be Prepaid." | |

RECEIVED IN GOOD CONDITION
EXCEPT AS NOTED:

BY:

Carrier's liability for any losses limited to the sum of $2.50 per pound to a maximum of $500,000.00 per shipment, unless valuation is declared and insurance is paid for same for each shipment. Shipper Initial

Received $_____
to apply in prepayment of the cha on the property described hereon

TARP

NO TARP

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding:
_____ per

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
"This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation"
"The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Rule 5 of the Consolidated Motor Freight Classification.
"Shipper's imprint in lieu of stamp, not a part of bill of lading approved by the Interstate Commerce Commission.

Agent or Cashier

Per
(This Signature here acknowledg only the amount prepaid)

Charges Advanced

$_____

_____, Shipper

Truckers Express, Inc.
Per _____

(The Bill of Lading is to be signed by the shipper and agent of the carrier issuing the same.)

Per X_____
Permanent post-office address    shipper

**1**

MAIL TO MISSOULA

dIE:40 20 03 un

p. 1

7



## COMMON POLICY DECLARATIONS
### RENEWAL DECLARATION

## ace usa

```
POLICY NO.  IMA-430900-1/000
RENEWAL OF  IMA-430747-0
```

ACCOUNT NUMBER:

| NAMED INSURED AND MAILING ADDRESS | AGENCY AND MAILING ADDRESS | 58691 |
|---|---|---|

```
TRUCKERS EXPRESS, INC.
P.O. BOX 4267
MISSOULA, MT 59806-4267
```

```
WOOD & COMPANY
5445 TRIANGLE PKWY., STE 200
NORCROSS GA  30092-2848
```

POLICY PERIOD:    From 08/01/2001 to 08/01/2002
                  AT 12:01AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

THE NAMED INSURED IS :   CORPORATION        BUSINESS DESC :  LONG HAUL TRUCKING

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED.   THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

|  | PREMIUM |
|---|---|
| COMMERCIAL PROPERTY | NOT COVERED |
| COMMERCIAL GENERAL LIABILITY | NOT COVERED |
| COMMERCIAL CRIME | NOT COVERED |
| COMMERCIAL INLAND MARINE | 768,400 |
| ESTIMATED TOTAL PREMIUM | $768,400 |

THE POLICY WRITING NONREFUNDABLE MINIMUM PREMIUM IS    NONE

PREMIUM SHOWN IS PAYABLE:  $768,400 AT INCEPTION;        1ST ANNIVERSARY;       2ND ANNIVERSARY

FORMS AND ENDORSEMENTS APPLICABLE TO ALL COVERAGE PARTS

ACE204 (09-98)

ESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, VERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

DATE: 09-15-01    BY: _____

                       AUTHORIZED REPRESENTATIVE

1750

Policyholder Notice (with Policy #99, 32 of 63)

## POLICYHOLDER NOTICE

(Applicable to Commercial Inland Marine, Boiler and Machinery, and Crime Policies)

NO COVERAGE IS PROVIDED BY THIS POLICYHOLDER NOTICE NOR CAN IT BE CONSTRUED TO REPLACE ANY PROVISION OF YOUR POLICY. YOU SHOULD READ YOUR POLICY AND REVIEW YOUR DECLARATIONS PAGE FOR COMPLETE INFORMATION ON THE COVERAGES YOU ARE PROVIDED. IF THERE IS ANY CONFLICT BETWEEN THE POLICY AND THIS SUMMARY, THE PROVISIONS OF THE POLICY SHALL PREVAIL.

An exclusion has been added to your policy to explicitly state that coverage is not provided for loss caused by a computer's inability, or that of computerized or other electronic equipment, to properly recognize a particular date or time. An example of this is a loss caused by the inability of the computer to recognize the year 2000 (Y2K). However, coverage is provided under certain circumstances: if the computer's inability to recognize a date or time results in a covered cause of loss – for example, fire – the loss resulting from that fire will be covered.

COMMERCIAL INLAND MARINE
RENEWAL DECLARATION



### ace usa

| |
|---|
| POLICY NO. IMA-430900/000 |
| RENEWAL OF IMA-430747 |

NAMED INSURED AND MAILING ADDRESS      AGENCY AND MAILING ADDRESS      58691

| |
|---|
| TRUCKERS EXPRESS, INC.<br>P.O. BOX 4267<br>MISSOULA, MT 59806-4267 |

| |
|---|
| WOOD & COMPANY<br>5445 TRIANGLE PKWY., STE 200<br>NORCROSS GA  30092-2848 |

POLICY PERIOD:     From 08/01/2001 to 08/01/2002
                   AT 12:01AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

---

**MOTOR TRUCK CARGO LIABILITY COVERAGE**

**DEDUCTIBLE:**

$25,000. PER OCCURRENCE

---

**LIMITS OF INSURANCE:**

a.      $1,000,000   In or on any one "vehicle" not at a terminal location.

b.  The limit which applies to Covered Property at a terminal location is
    the limit shown below for that location, whether in, on or off a
    a "vehicle" within 100 feet of such location:

      $2,000,000   at PER THE SCHEDULE ON FILE WITH THE COMPANY, EXCEPT

      $3,000,000   at 736 MEMORIAL DRIVE, ATLANTA, GA 30316

                  at

                  at any one unnamed terminal location.

      $2,000,000   for all Covered Property.

COMMERCIAL INLAND MARINE
RENEWAL DECLARATION



ace usa

```
POLICY NO.  IMA-430900/000
RENEWAL OF  IMA-430747
```

NAMED INSURED AND MAILING ADDRESS        AGENCY AND MAILING ADDRESS        58691

```
TRUCKERS EXPRESS, INC.              WOOD & COMPANY
P.O. BOX 4267                       5445 TRIANGLE PKWY., STE 200
MISSOULA, MT 59806-4267             NORCROSS GA  30092-2848
```

POLICY PERIOD:    From 08/01/2001 to 08/01/2002
                  AT 12:01AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

```
TOTAL INLAND MARINE PREMIUM    $768,400
```

FORMS AND ENDORSEMENTS

APPLYING TO COMMERCIAL INLAND MARINE COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:

| | | | | | |
|---|---|---|---|---|---|
| ACE038 (09-98) | ACE "A" | ACE "B" | ACE "C" | ACE "D" | ACE "E" |
| ACE "F" | ACE "G" | ACE "H" | ACE "I" | ACE "J" | ACE "K" |
| ACE "L" | ACE "M" | ACE041 (09-98) | FORM I | MC2414C(12-98) | CM0001 (09-00) |
| IL0243 (03-00) | IL0167 (09-00) | IL0180 (04-98) | ACEY2K (11-98) | | |

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS,
COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

DATE: 09-15-01          BY: _____
                             AUTHORIZED REPRESENTATIVE

WESTCHESTER FIRE INSURANCE COMPANY

## FORMS SCHEDULE

```
POLICY NO. IMA-430900-1/000
RENEWAL OF  IMA-430747-0
```

ACCOUNT NUMBER:
NAMED INSURED AND MAILING ADDRESS          AGENCY AND MAILING ADDRESS          58691

```
TRUCKERS EXPRESS, INC.              WOOD & COMPANY
P.O. BOX 4267                       5445 TRIANGLE PKWY., STE 200
MISSOULA, MT 59806-4267             NORCROSS GA  30092-2848
```

POLICY PERIOD:    From 08/01/2001 to 08/01/2002
                  AT 12:01AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**COMMON POLICY PACKAGE**
ACE204 (09-98)    COMMON POLICY CONDITIONS - WESTCHESTER FIRE

**COMMERCIAL INLAND MARINE**
ACE038 (09-98)    MOTOR TRUCK CARGO LIABILITY COVERAGE FORM
ACE "A"
ACE "B"
ACE "C"
ACE "D"
ACE "E"
ACE "F"
ACE "G"
ACE "H"
ACE "I"
ACE "J"
ACE "K"
ACE "L"
ACE "M"
ACE041 (09-98)    TEMPERATURE CONTROL SYSTEM BREAKDOWN ENDT.
FORM I            MOTOR CARRIER CARGO INSURANCE ENDORSEMENT
MC2414C(12-98)
CM0001 (09-00)    COMMERCIAL INLAND MARINE CONDITIONS
IL0243 (03-00)
IL0167 (09-00)
IL0180 (04-98)
ACEY2K (11-98)    EXCLUSION OF COMPUTER-RELATED LOSSES

I5-01              072   LHAYE        Page   1 of  1        SIGNATURE OF AUTHORIZED REPRESENTATIVE

# MOTOR TRUCK CARGO LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to the DEFINITIONS section in this Coverage Form.

## A. COVERAGE

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

### 1. COVERED PROPERTY

Covered Property means lawful goods and merchandise of others that you have accepted for transportation under a bill of lading, tariff, shipping receipt or contract of carriage as a common or contract motor carrier or when you trip lease to another motor carrier. Such property is covered while in due course of transit in your care, custody or control or in the custody of a connecting carrier.

### 2. PROPERTY NOT COVERED

Covered Property does not include:

a. Accounts, bills, deeds, notes, securities, evidences of debt, letters of credit, tickets, passports, documents, manuscripts, mechanical drawings, valuable papers of any kind, recorded electronic data and media;

b. Money, currency, bullion, gold, silver and other precious metals, diamonds, precious or semi-precious stones, jewelry, furs or fine arts;

c. Any "vehicle" or intermodal container; tarpaulins, fittings, or other equipment used in connection with any "vehicle";

d. Live animals:
   But we do cover animals when death or destruction directly results from or is made necessary by a Covered Cause of Loss;

e. Property that you transport gratuitously or as an accommodation;

f. Contraband or property in the course of illegal transportation or trade; or

g. Land or water.

### 3. COVERED CAUSES OF LOSS

Covered Causes of Loss means your legal liability for DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

### 4. COVERAGE EXTENSIONS

a. We will pay your earned freight charges that you are unable to collect as a result of a Covered Cause of Loss. The most we will pay in any one occurrence is $1,000.

b. We will pay your expenses for debris removal subject to the following:

   (1) We will pay your expenses to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the earlier of:
      (a) The date of direct physical "loss"; or
      (b) The end of the policy period.

   (2) We will pay up to $5,000 for debris removal expense in any one occurrence when the sum of the direct "loss" and debris removal expense exceeds the applicable Limit of Insurance shown in this Coverage Form Declarations.

   (3) This coverage extension for debris removal does not apply to costs to:
      (a) Extract "pollutants" from land or water; or
      (b) Remove, restore, or replace polluted land or water.

**E. ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Commercial Inland Marine Conditions and Common Policy Conditions:

1. **COVERAGE TERRITORY**

   We will cover property wherever located within the States of the United States of America, the District of Columbia, and Canada.

2. **VALUATION**

   The Valuation condition contained in the Commercial Inland Marine Conditions is replaced by the following:
   The value of Covered Property will be whichever of the following is applicable at the time of "loss":
   a. The amount of invoice or if not under invoice, the cash market value on date and place of shipment; or
   b. The value shown in the tariff document, bill of lading, shipping receipt or contract of carriage.

3. **LOSS PAYMENT**

   In the event of "loss" to Covered Property, we will not pay more than the amount for which you are legally liable.

4. **IMPAIRMENT OF RECOVERY RIGHTS**

   If by any act or agreement after a "loss" you impair our right to recover from others liable for the "loss", we will not pay you for that "loss". In the event of any "loss" you will immediately make claim in writing against any other party that had custody of the property.

5. **FINES, ASSESSMENTS OR OTHER PENALTIES**

   We will not pay any costs, fines, assessments or penalties which you incur as a result of your violation of any law or regulation relating to the delay in payment, denial or settlement of any "loss".

6. **REIMBURSEMENT**

   You must reimburse us for any payment we make solely because of a Federal, State or Provincial filing we have made under the policy on your behalf. Reimbursement must be made within 10 days of our notice to you.

7. **LABELS**

   In the event of "loss" to identifying labels or wrappers, we will pay only the cost of new labels or wrappers.

**DEFINITIONS**

1. "LOSS" means accidental loss or damage.
2. "POLLUTANTS" means any Covered Property that becomes a solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.
3. "VEHICLE" means any automobile, van, truck, tractor, trailer, semi-trailer or any combination of these while connected or while being operated by a single power unit which is used to transport Covered Property.

INSURED    TRUCKERS EXPRESS, INC.          POLICY NO. IMA 430900

## ACE "A"

It is agreed that the policy premium is due as follows:

| INSTALLMENT | AMOUNT DUE |
|---|---|
| 08/01/2001 | $192,100. |
| 11/01/2001 | $192,100. |
| 02/01/2002 | $192,100. |
| 05/01/2002 | $192,100. |

All other terms and conditions remain unchanged.

INSURED: TRUCKERS EXPRESS, INC.          POLICY NO. IMA 430747

# A C E  "B"

## REPORTING ENDORSEMENT

This endorsement modifies insurance provided under the following Coverage Form:

MOTOR TRUCK CARGO LIABILITY COVERAGE FORM

| Deposit Premium: $768,400. | Rate: $1.13 | Minimum Annual Premium $768,400. |
|---|---|---|

| Reporting Period | Premium Adjustment Period | Premium Base |
|---|---|---|
| ☐ Monthly | ☐ Monthly | ☒ "Gross Receipts" |
| ☐ Quarterly | ☐ Quarterly | ☐ Gross Sales |
| ☐ Semi-annually | ☐ Semi-annually | ☐ Shipments |
| ☒ Annually | ☒ Annually | ☐ Values at Risk at Locations |
| | | ☐ _____ <br> Other - Indicate Type |

| Special REPORTING ENDORSEMENT Provisions, if any: |
|---|
| |

The following Reports and Premium condition is added to the Additional Conditions Section of the Coverage Form(s) to which this Reporting Endorsement applies.  If the applicable Coverage Form contains a Coinsurance Condition, it is deleted and replaced by this Reports and Premium condition.

**REPORTS AND PREMIUM**

**1. Deposit Premium.**

The Deposit Premium is due as of the policy inception date and applies to each annual policy period.

**2. Reports.**

Within 30 days after the end of each Reporting Period, you will report to us the amount of the Premium Base.

3.  **Rates and Premium.**

    a.  Premium Computation.
        The computed premium will be determined as of each Premium Adjustment Period by applying the Rate to the amount of Premium Base reported.

    b.  Premium Adjustment.
        (1) When the Premium Adjustment Period is Annual, we will compare the total computed premium to the Deposit Premium.  If it is more than the Deposit Premium, you will pay us the difference.  If it is less than the Deposit Premium, we will pay you the difference.
        (2) When the Premium Adjustment Period is other than Annual, we will apply the computed premium to the Deposit Premium until it is used up.  You will pay us all premiums that exceed the Deposit Premium.

    c.  Minimum Premium.
        You must pay the Minimum Annual Premium when:
        (1) The total computed premium is less than the Minimum Annual Premium; or
        (2) You cancel this Coverage Form.

    d.  If this coverage is cancelled:
        (1) When the Premium Base is Values at Risk at Locations, you will report the amount of values as of the date of cancellation.  We will compute the premium for less than a full adjustment period on a pro rata basis.
        (2) When the Premium Base is other than Values at Risk at Locations, you will report the amount of the Premium Base up to and including the date of cancellation.

4.  **Full Reporting of Premium Base.**

    If as of the time of "loss":
    a.  You have not submitted any required reports, we will not pay more than 90% of the amount that we would otherwise have paid.
    b.  Your last report prior to "loss" is less than the amount you are required to report, we will pay only that proportion of the "loss" that the reported amount bears to the total amount of the Premium Base as of the time of the last report.

5.  **Report of Values at Risk at Locations and Limit of Insurance.**

    a.  If you have failed to submit the required reports of value as of the time of "loss", we will not pay more than the amount included in your last report of value.
    b.  Although the reported value will be used in computing premium, we will not pay more than the applicable Limit of Insurance shown in the Coverage Form Declarations to which this Reporting Endorsement applies.

6.  **Annual Rerating.**

    This coverage will be rerated at each anniversary.  The coverage will be changed to reflect the rates then in effect.  You agree to furnish us with information we require for rerating purposes within 30 days after each anniversary.

7.  **Definitions of Gross Receipts.**

    a.  Gross Receipts means the total amount, whether collected or uncollected, of the charges to which you are entitled for the work or services performed in the conduct of your business.
    b.  Except if the Coverage Form is Motor Truck Cargo Liability, Gross Receipts means the total amount whether collected or uncollected, for the charges to which you are entitled for the packing, loading, unloading and transportation of Covered Property regardless of whether you or any other carrier originated the transportation.  No deduction will be made for any payment you make to others for either the lease of equipment to you or the transportation of property under your operating authority.

All other terms and conditions remain unchanged.

INSURED   TRUCKERS EXPRESS, INC.          POLICY NO. IMA 430900

## ACE "C"

As respects to the **MOTOR TRUCK CARGO LIABILITY COVERAGE DECLARATIONS**, it is agreed that the **LIMITS OF INSURANCE** is extended as follows:

**c.** $25,000.  **for**  Earned Freight.

**d.** $40,000.  **for**  Shipping Container(s) or any one Container (ACV), subject to a $100,000. maximum per occurrence.

All other terms and conditions remain unchanged.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

INSURED    TRUCKERS EXPRESS, INC.          POLICY NO.  IMA 430900

## ACE "D"

In consideration of the premium charged, it is agreed that the following is added to Section E. – **ADDITIONAL CONDITIONS** of the **MOTOR TRUCK CARGO LIABILITY COVERAGE FORM, ACE038 (09-98):**

**8. TARPAULIN REQUIREMENT**

We will not pay for loss or damage to the Insured property caused by or resulting from rain, hail, sleet, snow, sand or dust, unless the Insured property was, at the time of the loss completely and securely covered by waterproof tarpaulin(s) and such tarpaulin(s) first sustained damage by a covered cause of loss through which rain, hail, sleet, snow, sand or dust entered.

If you fail to comply with these requirements, we won't cover and "loss" caused by or resulting from your failure to comply.

$25,000. per occurrence deductible applies.

All other terms and conditions remain unchanged.

INSURED    TRUCKERS EXPRESS, INC.          POLICY NO.  IMA 430900

## ACE "E"

It is agreed that "Wet coverage will be afforded providing the load is secured with a waterproof tarpaulin" applicable to a $50,000. per occurrence deductible.

All other terms and conditions remain unchanged.

INSURED   TRUCKERS EXPRESS, INC.          POLICY NO. IMA 430900

## ACE "F"

It is agreed that under Section **4. COVERAGE EXTENSION, b. (2)**, on the **MOTOR TRUCK CARGO LIABILITY COVERAGE FORM, ACE038 (09-98)**, we will pay up to $100,000. for debris removal expense in any one occurrence in lieu of as shown.

All other terms and conditions remain unchanged.

INSURED   TRUCKERS EXPRESS, INC.          POLICY NO. IMA 430900

## ACE "G"

It is agreed that under Section **4. COVERAGE EXTENSION, c. (2),** on the **MOTOR TRUCK CARGO LIABILITY COVERAGE FORM, ACE038 (09-98),** the most we will pay under this Coverage Extension (Pollutants) is $25,000. for the sum of all such expenses in lieu of as shown.

All other terms and conditions remain unchanged.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

INSURED    TRUCKERS EXPRESS, INC.          POLICY NO. IMA 430900

## ACE "H"

It is agreed that under Section **C. LIMITS OF INSURANCE**, on the **MOTOR TRUCK CARGO LIABILITY COVERAGE FORM, ACE038 (09-98),** item 3. (a) is waived for "Walmart only".

All other terms and conditions remain unchanged.

INSURED    TRUCKERS EXPRESS, INC.          POLICY NO.  IMA 4309007

## ACE "I"

It is agreed that under Section **A. COVERAGE, 2. PROPERTY NOT COVERED** on the
**MOTOR TRUCK CARGO LIABILITY COVERAGE FORM, ACE038 (09-98),** item **c.** is
amended to exclude "intermodal container".

All other terms and conditions remain unchanged.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

INSURED    TRUCKERS EXPRESS, INC.          POLICY NO. IMA 430900

## ACE "J"

It is agreed that Section **B. EXCLUSIONS** on the **MOTOR TRUCK CARGO LIABILITY COVERAGE FORM, ACE038 (09-98),** is amended to include:

**9. FLOOD**

**10. EARTHQUAKE**

ll other terms and conditions remain unchanged.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

INSURED   TRUCKERS EXPRESS, INC.          POLICY NO. IMA 430900

ACE "K"

This policy is extended to included **Earned Freight** as defined as follows:

Shipping charges that you are unable to collect as a result of a Covered Cause of Loss.

All other terms and conditions remain unchanged.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**INSURED   TRUCKERS EXPRESS, INC.**          **POLICY NO. IMA 430900**

## ACE "L"

### COINSURANCE CLAUSE

Coinsurance applies as follows:

Motor Truck Cargo – 100% coinsurance

If a coinsurance percentage is shown above the following condition applies:

a.  We will not pay the full amount of any loss if the value of Covered Property at the time the coinsurance percentage shown above for it is greater that the Limit of Insurance for the property.

b.  Instead we will determin the most we will pay using the following steps:

   (1) Multiply the value of Covered Property at the time of the loss by the Coinsurance Percentage to determine the Coinsurance requirement;

   (2) Divide the Limit of Insurance by the Coinsurance requirement amount to determine the lty percentage;

   (3) Multiply the total amount of covered loss before application of any deductible by the Lessor of 1.0 or the penalty percentage to determine the Gross Amount;

   (4) Substract the deductible from the Gross Amount to determine the most we will pay. For the remainder of the loss you will either have to rely on other insurance or absorb the loss yourself.

c.  If one Limit of Insurance applies to two or more separate items of Covered Property this Condition will apply to the total of all property to which the limit applies.

All other terms and conditions remain unchanged.

INSURED    TRUCKERS EXPRESS, INC.          POLICY NO.  IMA 430900

ACE "M"

### ADDITIONAL INSURED

Rigging International
965 Atlantic Avenue
Alameda, CA 94501

Lockheed Martin
111 Lockheed Drive
Sunnyvale, CA 94089

All other terms and conditions remain unchanged.

THIS ENDORSEMENT   IANGES THE POLICY.  PLEASE RE. .D IT CAREFULLY.

# TEMPERATURE CONTROL SYSTEM BREAKDOWN COVERAGE ENDORSEMENT

This endorsement modifies the insurance provided under the following:

**Motor Truck Cargo Liability Coverage Form**

1. This Coverage Form is extended to cover "loss" caused by or resulting from mechanical breakdown, failure or malfunction of the temperature control system installed on the "vehicle" transporting Covered Property.

   We will not, however, pay for "loss" caused by or resulting from:

   a. Failure to provide adequate fuel supply for the temperature control system;

   b. Willful destruction or damage of the temperature control system by you or your employees;

   c. Your neglect to use all reasonable means to protect the Covered Property in the event of a "loss".

2. The temperature control system installed on the "vehicle" carrying the Covered Property must be:

   a. Maintained in good working order; and

   b. Inspected at least once every 45 days and records maintained as to the results of such inspections.

   This extension of coverage will not apply if the temperature control system is not maintained in good working order or the required inspections are not made.

3. We will not pay for "loss" in an one occurrence under this extension of coverage until the amount of the adjusted "loss" exceeds the amount of the deductible shown for Temperature Control System Breakdown Coverage in this Coverage Form Declarations.  We will then pay the amount of the adjusted "loss" in excess of this deductible up to the applicable Limit of Insurance.

**I other terms and conditions remain unchanged.**

_____

**Authorized Representative**

E041 (09-98)

FORM I
## UNIFORM MOTOR CARRIER CARGO
## INSURANCE ENDORSEMENT

It is agreed that:

1.  The certification of the policy as proof of responsibility under the provisions of any State motor carrier law or regulations promulgated by any State Commission having jurisdiction with respect thereto, amends the policy to provide insurance for motor carrier cargo liability in accordance with the provisions of such law or regulations to the extent of the coverage and limits of liability required thereby; provided only that the insured agrees to reimburse the company for any payment made by the company which it would not have been obligated to make under the terms of this policy except by reason of the obligation assumed in making such certification.

2.  The Uniform Motor Carrier Cargo Certificate of Insurance has been filed with the State Commissions indicated on the reverse side hereof.

3.  This endorsement may not be canceled without cancellation of the policy to which it is attached. Such cancellation may be effected by the company or the insured giving thirty (30) days' notice in writing to the State Commission with which such certificate has been filed, such thirty (30) days' notice to commence to run from the date the notice is actually received in the office of such Commission.

Attached to and forming part of policy No. IMA430900 issued by Westchester Fire Insurance Company

herein called Company, of Six Concourse Parkway, Suite 2500, Atlanta, GA 30328

to Truckers Express, Inc.

of 3501 W. Broadway, Missoula, MT 59806

Dated at Atlanta, GA this 18th day of September 20 01

Countersigned by ........................................................
Authorized Company Representative

This form determined by the National Association of Railroad and Utilities Commissioners and promulgated by the Interstate Commerce Commission pursuant to the provisions of Section 202 (b) (2) of the Interstate Commerce Act (49 U.S.C., Sec. 302 (b) (2)).

MC 2444a (Ed. 9-99) UNIFORM INFORMATION SERVICES, INC          (over)

According to the Paperwork Reduction Act of 1995, no person are required to respond to a collection of information... days a Page 54 of 63 number. It is estimated that an average of 10 minutes per response is required to complete this collection of information. This estim... cludes time for reviewing instructions, searching existing data sources, gathering and maintaining the dat ... ded, and completing and reviewing the collection of infor... ...n. Comments concerning the accuracy of this burden estimate or suggestions for reducing this burden should be directed to the Federal Highway Administration, 400 7th St., SW, Washington, DC 20590

Form B. M. C. 32

Approved by OMB
2125-0570
Expires 11/30/2001

# ENDORSEMENT FOR
## MOTOR COMMON CARRIER POLICIES OF INSURANCE
### FOR CARGO LIABILITY UNDER 49 U.S.C. 13906

Issued to __Truckers Express, Inc.__ of __3501 W. Broadway, Missoula, MT 59608__
<span>Name of Motor Carrier</span> <span>Address of Motor Carrier (Street, City, State, Zip Code)</span>

Dated at __6 Concourse Pkwy, Ste 2500, Atlanta, GA 30328__this __18th__day of __September__, __2001__
<span>Address of Insurance Office/Branch/Agency</span>

Amending Policy No. __IMA430900__    Effective Date __August 1st__, __2001__

Name of Insurance Company __Westchester Fire Insurance Company__    Insurance Co. Filer # _____

Telephone Number (__678__) __441-5000__.    Countersigned by _____
<span>Insurance Company</span> <span>Authorized Company Representative</span>

The policy to which this endorsement is attached is a cargo insurance policy, and is hereby amended to assure compliance by the insured, as a common carrier of property by motor vehicle, with Section 13906, Title 49 of the United States Code, with reference to making compensation to shippers or consignees for all property belonging to shippers or consignees coming into the possession of such carrier in connection with its transportation service under certificate issued to the insured by the Federal Highway Administration (FHWA), or otherwise in transportation in interstate or foreign commerce subject to FHWA rules and regulations.

In consideration of the premium stated in the policy to which this endorsement is attached, the Company hereby agrees to pay within the limits of liability hereinafter provided, any shipper or consignee for all loss of or damage to all property belonging to such shipper or consignee, and coming into the possession of the insured in connection with such transportation service, for which loss or damage the insured may be held legally liable, regardless of whether or not the motor vehicles, terminals, warehouses, and other facilities used in connection with the transportation of the property hereby insured are specifically described in the policy. The liability of the Company extends to such losses or damages whether occurring on the route or in the territory authorized to be served by the insured or elsewhere

Within the limits of liability hereinafter provided, it is further understood and agreed that no condition, provision, stipulation, or limitation contained in the policy, or any other endorsement thereon or violation thereof, or of this endorsement by the insured, shall affect in any way the right of any shipper or consignee, or relieve the Company from liability for the payment of any claim arising out of such transportation service for which the insured may be held legally liable to compensate shippers or consignees, irrespective of the financial responsibility or lack thereof or insolvency or bankruptcy of the insured. However, all terms, conditions, and limitations in the policy to which this endorsement is attached are to remain in full force and effect as binding between the insured and the Company. The insured agrees to reimburse the Company for any payment made by the Company on account of any loss or damage involving a breach of the terms of the policy and for any payment that the Company would not have been obligated to make under the provisions of the policy, except for the agreement contained in this endorsement.

The liability of the Company for the limits provided in this endorsement shall be a continuing one notwithstanding any recovery hereunder. The Company shall not be liable for an amount in excess of $5,000 in respect to all losses or damages to property hereby insured carried on any one motor vehicle, nor in any event for an amount in excess of $10,000, in respect to any loss of or damage to or aggregate of losses or damages of or to such property occurring at any one time and place.

Whenever requested by the FHWA, the Company agrees to furnish to the FHWA a duplicate original of said policy and all endorsements thereon. This endorsement may not be canceled without cancellation of the policy to which it is attached. Such cancellation may be effected by the Company or the insured giving thirty (30) days' notice in writing to the FHWA at its office in Washington, D.C., said thirty (30) days' notice to commence to run from the date notice is actually received at the office of said FHWA.

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

### A. Abandonment

There can be no abandonment of any property to us.

### B. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### C. Duties In The Event Of Loss

You must see that the following are done in the event of loss or damage to Covered Property:

1. Notify the police if a law may have been broken.

2. Give us prompt notice of the loss or damage. Include a description of the property involved.

3. As soon as possible, give us a description of how, when and where the loss or damage occurred.

4. Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

5. You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

6. As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

   Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

7. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

8. Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

9. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.

10. Cooperate with us in the investigation or settlement of the claim.

### D. Insurance Under Two Or More Coverages

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

### E. Loss Payment

1. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

2. We will not pay you more than your financial interest in the Covered Property.

3. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

4. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

 Copyright, Insurance Services Office, Inc., 1999

**D. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**E. Policy Period**

We cover loss or damage commencing:

**1.** During the policy period shown in the Declarations; and

**2.** Within the coverage territory.

**F. Valuation**

The value of property will be the least of the following amounts:

**1.** The actual cash value of that property;

**2.** The cost of reasonably restoring that property to its condition immediately before loss or damage; or

**3.** The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

Copyright, Insurance Services Office, Inc., 1999

INTERLINE
IL 02 43 03 00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MONTANA CHANGES

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

  **2. Cancellation Of Policies**

    **a. Midterm Cancellation**

      We may cancel this policy based on the provisions below, by mailing or delivering written notice to the first Named Insured at least 10 days before the effective date of cancellation:

      **(1)** If this policy has been in effect for less than 60 days, except as provided in **2.a.(3)** below, we may cancel for any reason.

      **(2)** If this policy has been in effect for 60 days or more, we may cancel this policy prior to the expiration of the agreed term or prior to one year from the effective date of the policy or renewal, whichever is less, only for one or more of the following reasons:

        **(a)** Failure to pay a premium when due;

        **(b)** Material misrepresentation;

        **(c)** Substantial change in the risk assumed, except to the extent that we should reasonably have foreseen the change or contemplated the risk in writing the contract;

        **(d)** Substantial breaches of contractual duties, conditions or warranties;

        **(e)** Determination by the Commissioner of Insurance that continuation of the policy would place us in violation of the Montana Insurance Code;

        **(f)** Financial impairment of us; or

        **(g)** Such other reasons that are approved by the Commissioner of Insurance.

      **(3)** If this policy has been issued for a term longer than one year, and if either the premium is prepaid or an agreed term is guaranteed for additional premium consideration, we may cancel this policy only for one or more of the reasons stated in **2.a.(2)** above.

    **b. Anniversary Cancellation**

      We may cancel any policy with a term of more than one year by mailing or delivering to the first Named Insured written notice of cancellation at least 30 days before the anniversary date of the policy. Such cancellation will be effective on the policy's anniversary date.

**B.** Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

  **5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund. However, when a financed insurance policy is cancelled, we will send any refund due to the premium finance company on a pro rata basis.

**C.** Any **When We Do Not Renew** Condition is deleted.

  The following **When We Do Not Renew** Condition is added:

  **1.** If we elect not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations and agent, if any, a notice of intention not to renew at least 30 days before the agreed expiration date.

  **2.** We need not mail or deliver this notice if:

    **a.** You have purchased insurance elsewhere;

    **b.** You have accepted replacement coverage;

    **c.** You have requested or agreed to nonrenewal; or

    **d.** This policy is expressly designated as nonrenewable.

Copyright, Insurance Services Office, Inc.,  1999    IL 02 43 03 00    ☐

IL 01 67 09 00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MONTANA CHANGES – CONFORMITY WITH STATUTES

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BUSINESSOWNERS POLICY
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

**A.** The following Condition is added:

Conformity with Montana statutes. The provisions of this policy or Coverage Part conform to the minimum requirements of Montana law and control over any conflicting statutes of any state in which you reside on or after the effective date of this policy or Coverage Part.

However, with respect to insurance provided under the Commercial Automobile Coverage Part, while a covered "auto" is away from Montana:

1. We will increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

2. We will provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

3. No one will be entitled to duplicate payments for the same elements of loss.

**B.** Any provision of this policy or Coverage Part (including endorsements which modify the policy or Coverage Part) that does not conform to the minimum requirements of a Montana statute is amended to conform to such statute.

Copyright, Insurance Services Office, Inc., 2000

INTERLINE
IL 01 80 04 98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# MONTANA CHANGES – CONCEALMENT, MISREPRESENTATION OR FRAUD

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BUSINESSOWNERS POLICY
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART – FARM PROPERTY - OTHER FARM PROVISIONS FORM - ADDITIONAL COVERAGES, CONDITIONS, DEFINITIONS
FARM COVERAGE PART – MOBILE AGRICULTURAL MACHINERY AND EQUIPMENT COVERAGE FORM
FARM COVERAGE PART – LIVESTOCK COVERAGE FORM

The CONCEALMENT, MISREPRESENTATION OR FRAUD Condition is replaced by the following:

**CONCEALMENT, MISREPRESENTATION OR FRAUD**

We will not pay for loss ("loss") or damage in a case of:

1. Concealment or misrepresentation of a material fact; or

2. Fraud;

committed by you or any other insured ("insured"), whether before or after the loss ("loss") and relating to coverage of the loss ("loss") under this policy.

We will not pay for any loss ("loss") or damage in any case if:

1. Concealment or misrepresentation of a material fact; or

2. Fraud;

is committed by you or any other insured ("insured") in the application for this policy.

    Copyright, Insurance Services Office, Inc.,  1997       □

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

including any insurance provided by the optional forms listed and marked by an **"X"** in the attached Schedule "A".

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

  **1.** The failure, malfunction or inadequacy of:

  **a.** Any of the following, whether belonging to any insured or to others:

   **(1)** Computer hardware, including micro-processors;

   **(2)** Computer application software;

   **(3)** Computer operating systems and related software;

   **(4)** Computer networks;

   **(5)** Microprocessors (computer chips) not part of any computer system; or

   **(6)** Any other computerized or electronic equipment or components; or

  **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

  due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

  **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

  **1.** In a Covered Cause of Loss under the Boiler And Machinery Coverage Part, the Commercial Crime Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy or any of the optional forms listed in the attached Schedule "A"; or

  **2.** Under the Commercial Property Coverage Part:

  **a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss – Special Form; or

  **b.** In a Covered Cause of Loss under the Causes Of Loss – Basic Form or the Causes Of Loss – Broad Form;

  we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

## SCHEDULE "A"

| | | | |
|---|---|---|---|
| 1. | ☐ | B.I., Rental Value & Extra Expense Endt. (DIC) | ACE017 (09-98) |
| 2. | ☐ | Transportation Coverage Form | ACE018 (09-98) |
| 3. | ☐ | Fine Arts Coverage Form | ACE019 (09-98) |
| 4. | ☐ | Trip Transit Coverage Form (Broad Causes of Loss) | ACE020 (09-98) |
| 5. | ☐ | Trip Transit Coverage Form (Specified Causes of Loss) | ACE021 (09-98) |
| 6. | ☐ | Fine Arts Dealers Coverage Form | ACE022 (09-98) |
| 7. | ☐ | Bailee Customers Coverage Form | ACE023 (09-98) |
| 8. | ☐ | Installation Coverage Form | ACE025 (09-98) |
| 9. | ☐ | Builder's Risk Coverage Form | ACE026 (09-98) |
| 10. | ☐ | Difference in Conditions Coverage Form | ACE028 (09-98) |
| 11. | ☐ | Miscellaneous Coverage Form | ACE029 (09-98) |
| 12. | ☐ | Contractor's Equipment Coverage Form | ACE030 (09-98) |
| 13. | ☐ | Data Processing Coverage Form | ACE032 (09-98) |
| 14. | ☐ | Communications Equipment Coverage Form | ACE033 (09-98) |
| 15. | ☐ | Exhibition Floater Form | ACE035 (09-98) |
| 16. | ☐ | Motor Truck Cargo Coverage Form (Broad Causes of Loss) | ACE036 (09-98) |
| 17. | ☐ | Motor Truck Cargo Owner's Coverage Form (Specified Causes of Loss) | ACE037 (09-98) |
| 18. | ☒ | Motor Truck Cargo Liability Coverage Form | ACE038 (09-98) |
| 19. | ☐ | Warehouseman's Legal Liability Coverage Form | ACE085 (09-98) |
| 20. | ☐ | Extra Expense and Rental Income Ext. Endorsement | ACE088 (09-98) |
| 21. | ☐ | Excess Policy (30 days notice – Cancellation) | ACE092 (09-98) |
| 22. | ☐ | Excess Policy (60 days notice – Cancellation) | ACE093 (09-98) |
| 23. | ☐ | Excess Policy (90 days notice – Cancellation) | ACE094 (09-98) |
| 24. | ☐ | Excess Policy (120 days notice – Cancellation) | ACE095 (09-98) |
| 25. | ☐ | EDP Equipment & Media Endt. | ACE099 (09-98) |
| 26. | ☐ | EDP Equipment/Media/Extra Expense | ACE114 (09-98) |
| 27. | ☐ | Business Income with Extra Expense | CP 0030 06 95 |
| 28. | ☐ | Business Income without Extra Expense | CP 00 32 06 95 |
| 29. | ☐ | Extra Expense | CP 00 50 06 95 |
| 30. | ☐ | Account Receivables Coverage Form | CM 00 66 5-95 |
| 31. | ☐ | Signs Coverage Form | CM 00 18 6-95 |
| 32. | ☐ | Valuable Papers Coverage Form | CM 00 67 6-95 |
| 33. | ☐ | B.I., Rental Value & Extra Expense Endt. (DIC) | ACE017 (05-99) |
| 34. | ☐ | Riggers Liability Coverage Form | ACE010 (09-98) |
| 35. | ☐ | Manufacturers Output Business Personal Property Coverage Form | ACE009 (09-98) |
| 36. | ☐ | | |
| 37. | ☐ | | |
| 38. | ☐ | | |

All Coverage Parts included in this policy are subject to the following conditions

## A.   CANCELLATION

1  The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

### CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first named insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

### EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D.   INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1. Make inspections and surveys at any time;
2. Give you reports on the conditions we find; and
3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or
2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

## E.   PREMIUMS

The first named insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and
2. Will be the payee for any return premiums we pay.

## F.   TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.