IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PENALOZA INTERNATIONAL GRAPHICS,<br>　　　　Plaintiff | § § § § | |
| vs. | § § | CA-B-02-166 |
| TRUCKER'S EXPRESS INCORPORATED and RICARDO MARTINEZ,<br>　　　　Defendants. | § § § § § | |

## OFFER OF JUDGMENT

TO:　Plaintiff, Penaloza International Graphics,
　　　By and through its attorney of record:
　　　Louis Sorola
　　　Sorola & Garcia, P.L.L.C.
　　　2355 Barnard Road, Suite A
　　　Brownsville, Texas 78520

Trucker's Express, Inc. and Ricardo Martinez, Defendants in the above-entitled action, hereby offer to allow judgment to be taken against them by Plaintiff, Penaloza International Graphics, in the following particulars.

Plaintiff currently owes Defendant Trucker's Express, Inc. the sum of Two Thousand Dollars ($2,000.00). Defendants offer to forgive this debt in its entirety. This offer is made pursuant to Rule 68 of the Federal Rules of Civil Procedure, and evidence of this offer is not admissible except in a proceeding to determine costs. If this offer is not accepted in writing within fifteen (15) days after it is served, it shall be deemed withdrawn.

　　　DATED this 5th day of December, 2002.

Respectfully submitted,

STRASBURGER & PRICE, L.L.P.
300 Convent Street, Suite 900
San Antonio, Texas 78205-3715
Telephone: (210) 250-6000
Facsimile: (210) 250-6100

By: _____
MERRITT CLEMENTS
State Bar No. 04369500
Federal ID No. 15871
CYRUS F. REA, II
State Bar No. 00797291
Federal ID No. 28567

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was sent by certified mail, return receipt requested, to:

Mr. Louis Sorola
Sorola & Garcia, P.L.L.C.
2355 Barnard Road, Suite A
Brownsville, Texas 78520

on this 5th day of December, 2002.

_____
Merritt Clements
Cyrus F. Rea, II

**OFFER OF JUDGMENT - Page 2**
248458.1/SPSA/83812/0103/12052002