United States District Court
Southern District of Texas
FILED

DEC 1 1 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. B-02-166                DATE & TIME:   12-11-02 AT 2:00 P.M.

PENALOZA INTERNATIONAL GRAPHICS          PLAINTIFF(S)   LOUIS SOROLA
                                         COUNSEL

VS.

TRUCKER'S EXPRESS INCORPORATED           DEFENDANT(S)   MERRITT M. CLEMENTS
AND RICARDO MARTINEZ                     COUNSEL        CYRUS F. REA, II

---

Attorneys John Blaylock and Cyrus Rea, II appeared.

Parties have agreed to have this case mediated.