# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

## NOTICE OF HEARING

APR 1 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PENALOZA INTERNATIONAL GRAPHICS § | |
| § | |
| VS. § | CIVIL ACTION NO. B-02-166 |
| § | |
| TRUCKER'S EXPRESS, ET AL § | |

TYPE OF CASE:      __X__ CIVIL                                   ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:   **STATUS CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS.
PLEASE COMPLY WITH THIS RULE.

PLACE:                                                                ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**           **THIRD FLOOR COURTROOM, #6**
**600 E. HARRISON STREET**                                **BEFORE JUDGE ANDREW S. HANEN**
**BROWNSVILLE, TEXAS**

DATE AND TIME: April 29, 2003 @ 1:30 pm

**Michael N. Milby, Clerk**

BY: _____
Irma A. Soto, Deputy Clerk

DATE: April 11, 2003

TO: ALL COUNSEL OF RECORD