UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 8 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PENALOZA INTERNATIONAL GRAPHICS<br>Plaintiff,<br><br>V.<br><br>TRUCKER'S EXPRESS INCORPORATED AND RICARDO MARTINEZ<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO.: CA-B-02-166<br>§<br>§<br>§<br>§ |

### UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES** Plaintiff, Penaloza International Graphics, and Defendants, Trucker's Express Incorporated and Ricardo Martinez as Movants herein, and bring this Motion for Voluntary Dismissal of all Claims, and in support thereof, would show the court the following:

I.

Plaintiff, Penaloza International Graphics, asks the Court to enter an order dismissing all claims against Trucker's Express Incorporated and Ricardo Martinez.

II.

Plaintiff and Defendants further state that the parties have reached an agreement to settle and compromise their differences in the lawsuit styled: <u>Penaloza International Graphics v. Trucker's Express Incorporated and Ricardo Martinez</u>, Civil Action No.: CA-B-02-166. The parties have agreed to the filing of this joint motion to dismiss with prejudice to the rights of either party.

**WHEREFORE, PREMISES CONSIDERED**, Movants pray that the Court grants this motion to dismiss with prejudice, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

SOROLA & GARCIA, P.L.L.C.

By: _____
Louis S. Sorola
Texas Bar No. 00794990
Federal I.D. No.: 19533
2355 Barnard Road, Suite A
Brownsville, Texas  78520
Tel. (956)504-2911
Fax. (956)544-7766
Attorney for Plaintiff
Penaloza International Graphics

### Certificate of Service and Conference

I certify that I mailed a copy of the Unopposed Motion to Dismiss by U.S. Mail to Mr. Cyrus F. Rea, II, attorney in charge for Defendants, whose address is 300 Convent Street, Suite 900, San Antonio, Texas 78205 on April 28, 2003. As evidenced by Mr. Rea's signature on the Agreed Order to Dismiss with Prejudice, he is unopposed to the motion.

_____
Louis S. Sorola