United States District Court
Southern District of Texas
ENTERED

APR 2 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PENALOZA INTERNATIONAL GRAPHICS, | § | |
| PLAINTIFF, | § | |
| VS. | § | CIVIL ACTION NO. CA-B-02-166 |
| TRUCKER'S EXPRESS INCORPORATED AND RICARDO MARTINEZ, | § | |
| DEFENDANTS. | § | |

## AGREED ORDER TO DISMISS WITH PREJUDICE

CAME NOW ON _28th_ day of _April_ 2003, Penaloza International Graphics, Inc., Plaintiffs and Trucker's Express Inc., and Ricardo Martinez, Defendants, and did move the Court to enter this Agreed Order to Dismiss with Prejudice any and all claims brought by Penaloza International Graphics, Inc., against Defendants, Trucker's Express, Inc., and Ricardo Martinez. The parties have informed the Court that the dispute made the basis for the above-referenced lawsuit has been resolved in its entirety.

Accordingly, this Court hereby DISMISSES WITH PREJUDICE TO REFILE any and all claims brought by Penaloza International Graphics, Inc. in the above-styled lawsuit. All parties shall be responsible for their own attorney's fees and costs. Any relief not specifically granted herein is denied.

EXECUTED this _28th_ day of _April_, 2003.

_____
U.S. DISTRICT JUDGE

**AGREED ORDER TO DISMISS WITH PREJUDICE** - Page 1
252851.1/SPSA/83812/0103/040903

EXHIBIT _A_

APPROVED:

SOROLA & GARCIA, P.L.L.C.
2355 Barnard Road, Suite A
Brownsville, Texas 78520
Telephone:   (956) 504-2911
Facsimile:   (956) 544-7766

By_____
    Louis Sorola
    State Bar No. 00794990

ATTORNEYS FOR PLAINTIFF


STRASBURGER & PRICE, L.L.P.
300 Convent Street, Suite 900
San Antonio, Texas 78205
Telephone:   (210) 250-6000
Facsimile:   (210) 250-6100

By_____
    Cyrus F. Rea II
    State Bar No. 00797291

ATTORNEYS FOR TRUCKER'S
EXPRESS, INC.